1  FRANK P. SARRO (SBN 129780)
   2121 North California Boulevard, Suite 290
2  Walnut Creek, CA 94596
   Telephone (415) 816-5141
3
   Attorney for Plaintiff
4  ALMA PACLE

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 ALMA PACLE,                          )    Case No. CV 13-03379 TEH
12              Plaintiff,              )    STIPULATION AND ORDER
                                        )    RE DISMISSAL
13       v.                             )
                                        )
14 JP MORGAN CHASE BANK, NA (SW),       )
   and DOES 1 through 200, inclusive,   )
15                                      )
                Defendants.             )
16 _____ )

17
        The parties, having reached a resolution of this case, hereby stipulate and agree that
18
   plaintiff shall and hereby does voluntarily dismiss her entire case with prejudice against all
19
   defendants. Each side shall bear its own costs and attorney's fees.
20
   Dated: April 25, 2014                     _____
21                                           FRANK P. SARRO, Attorney for Plaintiff

22 Dated: April 25, 2014                     ORRICK, HERRINGTON & SUTCLIFFE

23                                           By_____
                                             Attorneys for Defendants
24
           IT IS SO ORDERED. THE CASE IS HEREBY DISMISSED WITH PREJUDICE.
25
26 Dated: _____05/12__, 2014            _____
                                             UNITED STATES DISTRICT JUDGE
27

28
   _____
   Stip & Order re Dismissal